AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00027 |
| Leticia Vilhena Ferreira (AKA: Vilhena Ferreira) | ) Assigned to: Judge Meriweather, Robin M. |
| DOB: XXXXXX | ) Assign Date: 2/14/2022 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 6, 2021   in the county of _____ in the _____ in the District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1752(a)(1) and (a)(2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 40 U.S.C. § 5104(e)(2)(D) and (e)(2)(G) | Violent Entry and Disorderly Conduct on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Khalid Bin-Walid, Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:   02/14/2022  

_____
Judge's signature

City and state:   Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title