AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Leticia Vilhena Ferreira (AKA: Vilhena Ferreira)

)
)
)
)
)
)
)

Case: 1:22-mj-00027
Assigned to: Judge Meriweather, Robin M.
Assign Date: 2/14/2022
Description: COMPLAINT W/ ARREST WARRANT

_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Leticia Vilhena Ferreira,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1752(a)(1) and (a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
40 U.S.C. § 5104(e)(2)(D) and (e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 02/14/2022

Zia M. Faruqui
2022.02.14
15:38:59 -05'00'

_Issuing officer's signature_

City and state:    Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 02/14/2022, and the person was arrested on _(date)_ 02/16/2022
at _(city and state)_ Indian Head Park, IL.

Date: 02/16/2022

_Arresting officer's signature_

Khalid Bin-Walid Task Force Officer
_Printed name and title_