**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 22-mj-00027-RMM** |
| **v.** | : | |
| | : | |
| **LETICIA VILHENA FERREIRA,** | : | |
| | : | |
| **Defendant.** | : | |

**STIPULATION REGARDING RETURN OF DIGITAL DEVICES AND**
**ELECTRONICALLY STORED INFORMATION**

The United States of America and defendant LETICIA VILHENA FERREIRA ("Defendant"), hereby agree and stipulate as follows:

**RECITALS**

1.      On or about February 15, 2022, pursuant to a court-authorized search warrant, government agents seized certain digital devices and electronically stored information from defendant's residence and/or person.

2.      Defendant has requested the return of the following specified digital devices and electronically stored information (the "Digital Media"):

One black iPhone 8, serial number C6KVKBDZJC6N, and one T-Mobile SIM card 8901260182786035933.

3.      The government has created an exact and accurate image (the "Image") of each of the Digital Media specified in paragraph 2 by performing an extraction for the purpose of searching the Image.

4.      The government intends to use materials discovered as a result of its search(es) as evidence in the pending and ongoing investigation and prosecution including, possibly, introducing those materials into evidence at trial or other proceedings.

2

## STIPULATION

Accordingly, the parties AGREE and STIPULATE as follows:

1.      The Images are accurate duplicates of the Digital Media and were created using reliable methods and Defendant waives the right to object to the admissibility of the Images of the Digital Media and the right to question witnesses or make arguments concerning the reliability of the methods used to create the Images.

2.      The government will retain, and upon request will provide to defense counsel, the Images extracted from the Digital Media.

3.      The Digital Media will be returned to the defendant, Leticia Vilhena Ferreira, as requested by defense counsel

4.      The government will retain the Images of the Digital Media, including all evidence thereon, for use at trial and any other proceedings in this matter.

5.      The Images of the Digital Media and/or any other copies are "admissible [into evidence] to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

6.      The government may continue to examine the Images for materials identified in the Search Warrant consistent with the terms of the Search Warrant.

7.      Defendant retains the right to challenge the Search Warrant and move to suppress

the Images of the Digital Media pursuant to Fed. R. Crim. P. 41(h).

So stipulated.

Respectfully submitted and agreed,

MATTHEW M. GRAVES
ACTING UNITED STATES ATTORNEY

Date: March 16, 2022        By:        /s/ *Michael W. Mitchell*
_____
MICHAEL W. MITCHELL
Assistant United States Attorney
Texas Bar No.   24037126
555 4th Street, N.W.
Washington, D.C. 20530

Date: 03 - 28 - 2022        LETICIA VILHENA FERREIRA
_____
LETICIA VILHENA FERREIRA
Defendant

Date: 3 - 28 - 2022
_____
LIONEL ANDRE
Attorney for Defendant

4