## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-MJ-00027-RMM |
| | : | |
| **LETICIA VILHENA FERREIRA,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## ORDER TO CONTINUE AND
## TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the currently scheduled status hearing on May 24, 2022, be continued for good cause to June 7, 2022 at 1:00 p.m.; and it is further

ORDERED that the time between May 24, 2022 and June 7, 2022, will be excluded from the calculation under the Speedy Trial Act, see to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to negotiate a potential pretrial resolution and the parties additional time to review discovery.

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE